IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| 7 South Aberdeen Street Condominium Association, Inc., Stephen Hamilton, Samuel P. Richey, and Joanna Mirov, <br><br> Plaintiffs, <br> v. <br><br> Travelers Casualty and Surety Company of America, <br><br> Defendant. | Case No. 1:23-cv-01472 <br><br> Hon. Mary M. Rowland <br><br> Hon. Susan E. Cox |

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiffs 7 South Aberdeen Street Condominium Association, Inc., Stephen Hamilton, Samuel P. Richey, and Joanna Mirov, (collectively "Plaintiffs"), and Defendant Travelers Casualty and Surety Company of America, ("Defendant") that the above styled cause be dismissed with prejudice, with each party to pay their respective costs.

Dated: May  23 , 2023

Respectfully submitted,

/s/ David F. Wentzel
David F. Wentzel   (ARDC #6204739)
Wentzel Law Offices
77 W. Washington St., Suite 2100
Chicago, Illinois 60602
Phone:   (312) 697-0500
dwentzel@wentzellaw.com
*Counsel for Plaintiffs*

/s/ Christopher J. Bannon *(with permission)*
Christopher J. Bannon   (ARDC #6196298)
Nicholas J. Daly   (ARDC#6321972)
Aronberg Goldgehn Davis & Garmisa

225 W. Washington St., Suite 2800
Chicago, Illinois 60606
Phone: (312) 755-3175
cbannon@agdglaw.com
ndaly@agdglaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      David F. Wentzel an attorney, certifies that he caused a copy of the foregoing **JOINT STIPULATION TO DISMISS**, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division using the CM/ECF system, which will send notification of such filing to the following Counsel of Record at their e-mail addresses on file with the Court on this 23rd day of May, 2023:

      Christopher J. Bannon   (ARDC #6196298)
      Nicholas J. Daly   (ARDC #6321972)
      Aronberg Goldgehn Davis & Garmisa
      225 W. Washington St., Suite 2800
      Chicago, Illinois 60606
      Phone: (312) 755-3175
      cbannon@agdglaw.com
      ndaly@agdglaw.com
      *Counsel for Defendant*

/s/ David F. Wentzel
David F. Wentzel (No. 6204739)
Wentzel Law Offices
77 W. Washington St., Suite 2100
Chicago, Illinois 60602
Phone:  (312) 697-0500
dwentzel@wentzellaw.com
*Counsel for Plaintiffs*